PROB 12D
(6/05)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 4 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

### Eastern District of Washington

### Request for Summons and Modification of the Conditions or Term of Supervision

Name of Offender: Dorond Alfred Bray

Case Number: 2:01CR00059-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Court Judge

Date of Original Sentence: 02/07/2002

Type of Supervision: Supervised Release

Original Offense: Carrying a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924 (c)(1); Armed Bank Robbery, 18 U.S.C. § 2113(a) and (d); Armed Credit Union Robbery, 18 U.S.C. § 2113(a) and (d)

Date Supervision Commenced: 05/13/2010

Original Sentence: Prison - 180 months; TSR - 60 months

Date Supervision Expires: 05/12/2015

---

### PETITIONING THE COURT

Due to the offender not having waived a hearing, the probation officer requests that a summons be issued and hearing held to modify the conditions of supervision as follows:

28      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

The probation officer believes that the action requested above is necessary for the following reasons:

Mr. Bray is scheduled to release from BOP custody on May 13, 2010. At this time he has no approved release plan to the community. Mr. Bray had proposed relocation to the District of Georgia, however, his relocation request was denied by that district and he will now report to the Eastern District of Washington without any community resources, or an approved release residence.

Mr. Bray has a prior sexual offense conviction and his residence is subject to the approval of U.S. Probation . At this time, Mr. Bray has not provided a residence address in the community for approval or consideration.

Prob 12D
**Re: Bray, Dorond Alfred**
**May 11, 2010**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

by          s/Samuel Najera
_____

U.S. Probation Officer
Date:  May 11, 2010

**THE COURT ORDERS**

[  ]   No Action
[X]   The Issuance of a Summons
[  ]   Other

_Edward F. Shea_

Signature of Judicial Officer

5 - 14 - 10
_____

Date